BERT E. GIBBS, Appellant, v. OMER HOLDEN, Respondent.— Order affirmed, with costs. Van Kirk, P. J., Hill, McNamee and Crapser, JJ., concur; Rhodes, J., dissents, with an opinion (which opinion is not to be published because not of public interest). [137 Misc. 480.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN FINANCE CORPORATION, Relator, v. THOMAS M. LYNCH and Others, as Tax Commissioners of the State of New York, Respondents. THE PEOPLE OF THE STATE OF NEW YORK ex rel. NORTHERN FINANCE CORPORATION, Relator, v. THOMAS M. LYNCH and Others, as Tax Commissioners of the State of New York, Respondents.* — Determinations unanimously confirmed, with fifty dollars costs and disbursements in one proceeding, the court having considered and passed upon the constitutional question presented. (See *Pacific Co., Ltd.*, v. *Johnson*, 285 U. S. 480; *People ex rel. Discount Corp.* v. *Lynch*, 236 App. Div. 751.) Present — Van Kirk, P. J., Hill, Rhodes, McNamee and Crapser, JJ.

ALBERT E. RUSSELL, Respondent, v. NEW YORK LIFE INSURANCE COMPANY, Appellant.— Judgment reversed on the law and facts, with costs, and complaint dismissed, with costs, on the ground that no Nylic rights of the plaintiff survived the termination of the original agency contract between the plaintiff and the defendant. Order for additional allowance reversed, on the law, and motion denied. Van Kirk, P. J., Hinman, Hill, Rhodes and McNamee, JJ., concur. The court reverses findings of fact numbered 24, 36, 37, 39, 41 and 42.

RUTH A. HIRSCHMAN, Respondent, v. FRANK T. SOMMA, Appellant.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

In the Matter of the Judicial Settlement of the Estate of FRANCES McDONOUGH, Deceased.— Decree unanimously affirmed, with costs to the respondents payable out of the estate. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS KNIFFIN, Appellant.— Judgment of conviction and order denying motion to set aside the verdict unanimously affirmed. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD GRAY, Appellant.— Judgment and order of filiation unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

GEORGE STOJACK, as Administrator, etc., of MICHAEL STOJACK, Deceased, Appellant, v. ELLIS D. SMITH, Respondent.— Judgment and order affirmed, with costs. Van Kirk, P. J., Hinman, Hill and Crapser, JJ., concur; Rhodes, J., dissents, with an opinion (which opinion is not to be published because not of general interest).

In the Matter of the Application of E. WINIFRED McCORMACK, a Person Interested in the Estate of MINTA N. WATSON, Deceased, for an Order Vacating the Decree of Probate of the Will of Said Decedent.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Hill, Rhodes and Crapser, JJ.

* Aff'd., 262 N. Y. —.